R. Scott Taylor, OSB No. 74324
Clinton L. Tapper, OSB No. 084883
Taylor & Tapper
400 E 2nd Ave., Suite 103
Eugene, OR 97401
Ph: 541-485-1511 / fax: 541-246-2424
Scott@taylortapper.com
Clinton@taylortapper.com

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| KATIE DOTY,<br><br>Plaintiff,<br><br>vs.<br><br>UNUM GROUP CORPORATION, a foreign business corporation,<br><br>Defendant. | CASE NO.: 6:19-cv-00142-MK<br><br>AMENDED UNOPPOSED MOTION AND ORDER FOR DISMISSAL WITH PREJUDICE |

## MOTION

Plaintiff moves to dismiss all claims and counterclaims in this action with prejudice and without an award of attorney fees, costs, or disbursements to any party. The parties have settled this matter amongst themselves and the assistance of the court is no longer necessary. Plaintiff has conferred with Defendant and this motion is unopposed.

///
///
///
///
///
///
///

- 1 – AMENDED UNOPPOSED MOTION AND ORDER FOR DISMISSAL WITH PREJUDICE

Dated: August 6, 2019.

**TAYLOR & TAPPER**

s/ Nickolaus Gower

---

Nickolaus Gower, OSB No. 143274
nick@taylortapper.com

## ORDER APPROVING STIPULATION

This matter having come before the court on the Unopposed Motion of Plaintiff, therefore, it is hereby

ORDERED, ADJUDGED AND DECREED that all claims by Plaintiff against Defendant, and all counterclaims by Defendant against Plaintiff, are hereby dismissed with prejudice and without attorney fees and costs to either party.

DATED: August 12, 2019

MUSTAFA T. KASUBHAI
United States Magistrate Judge

- 2 – AMENDED UNOPPOSED MOTION AND ORDER FOR DISMISSAL WITH PREJUDICE

## CERTIFICATE OF SERVICE

The undersigned certifies that on the below date, a true and correct copy of the foregoing Plaintiff's

Amended Unopposed Motion and Order for Dismissal with Prejudice

into the CM/ECF system on the following:

**Robert B. Miller | Shareholder**
Kilmer, Voorhees & Laurick, PC
<u>732 N.W. 19th Avenue</u>
<u>Portland, Oregon 97209</u>
<u>503/224-0055</u> (office)
<u>503/720-9384</u> (mobile)
<u>bobmiller@kilmerlaw.com</u>
<u>www.kilmerlaw.com</u>

Dated: August 6, 2019

**TAYLOR & TAPPER**

s/ Nickolaus Gower

Nickolaus Gower, OSB No. 143274
nick@taylortapper.com

- 3 – AMENDED UNOPPOSED MOTION AND ORDER FOR DISMISSAL WITH PREJUDICE